Form 2100B (12/15)

# United States Bankruptcy Court
# Southern District of Alabama

IN RE:

| | |
|---|---|
| **Bondurant Lumber Wholesale & Export Division, Inc.** | **Case No.: 13–02153**<br>**Chapter: 7** |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 20 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 9/16/21.

**Name of Alleged Transferor**
Escambia County Bank

**Name of Transferee**
Amerifirst Bank, Inc.

**Address of Alleged Transferor**

P O Box 601
Flomaton, Alabama 36441

**Address of Transferee**

George Hendrix
2151 Ringold Street
Flomaton, AL 36441

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty–one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

**Dated:** September 20, 2021

**Andrea Redmon**
**CLERK OF THE COURT**